DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARLTON EUGENE THOMAS, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2646

[June 24, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 502012CF002651B.

Carlton Eugene Thomas, Jr., Arcadia, pro se.

No appearance is required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER, and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***